**HOAI THANH, Plaintiff-Appellant,**

v.

**HIEN T. NGO, Defendant-Appellee.**

**No. 17-1110**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 27, 2017

Decided: August 4, 2017

Laurence A. Elgin, Washington, D.C., for Appellant. Joseph D. Gallagher, GILL SIPPEL & GALLAGHER, Rockville, Maryland, for Appellee.

Before AGEE, KEENAN, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hoai Thanh appeals from the district court's orders: (1) denying relief on his second amended complaint in which he asserted claims for, inter alia, defamation and false light invasion of privacy, and (2) denying his post-judgment motions for reconsideration and to file a third amended complaint. We have reviewed the record included on appeal, as well as the parties' briefs, and have found no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hoai Thanh v. Hie Ngo*, No. 8:14-cv-00448-PJM, 2016 WL 3958584, 2015 WL 2227923 (D. Md. July 22, 2016; May 8, 2015). We dispense with

oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*